1  MICHAEL J. COFFINO (SBN 88109)
   mcoffino@coffinolawgroup.com
2  JAIME SANTOS (SBN 276344)
   jsantos@coffinolawgroup.com
3  COFFINO LAW GROUP, LLP
   201 Spear Street, Suite 1100
4  San Francisco, CA 94105
   Telephone:  (415) 426-3530
5  Facsimile:   (415) 426-3531

6  Attorney for Plaintiff
   Perdana Capital (Labuan), Inc.
7

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11 | PERDANA CAPITAL (LABUAN) INC., | Case No. 4:13-cv-02893 (KAW)
   | a Malaysian corporation, |
12 | |
   |                    Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL**
13 |       v. | **WITHOUT PREJUDICE**
14 | MOHAMMAD AKRAM CHOWDRY, an |
   | Individual; and HI-TECH VENTURE |
15 | PARTNERS, LLC, a Delaware Limited |
   | Liability Company, |
16 | |
17 |                    Defendants. |

1  NOTICE IS HEREBY GIVEN that pursuant to Federal Rules of Civil Procedure 41(a), Plaintiff Perdana Capital (Labuan) Inc. voluntarily dismisses without prejudice the above-entitled action against Defendants Mohammad Akram Chowdry and High-Tech Venture Partners, LLC. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: November 21, 2013

Respectfully submitted,

COFFINO LAW GROUP, LLP

By: /s/ Michael J. Coffino
MICHAEL J. COFFINO (SBN 88109)
mcoffino@coffinolawgroup.com
JAIME SANTOS (SBN 276344)
Jsantos@coffinolawgroup.com
201 Spear Street, Suite 1100
San Francisco, CA 94105
Telephone: (415) 426-3530
Facsimile: (415) 426-3531

*Attorneys for Plaintiff
Perdana Capital (Labuan), Inc.*

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE