1  MICHAEL J. COFFINO (SBN 88109)
   mcoffino@coffinolawgroup.com
2  JAIME SANTOS (SBN 276344)
   jsantos@coffinolawgroup.com
3  COFFINO LAW GROUP, LLP
   201 Spear Street, Suite 1100
4  San Francisco, CA 94105
   Telephone:  (415) 426-3530
5  Facsimile:   (415) 426-3531

6  Attorney for Plaintiff
   Perdana Capital (Labuan), Inc.
7

8
                UNITED STATES DISTRICT COURT
9
                NORTHERN DISTRICT OF CALIFORNIA
10

11 PERDANA CAPITAL (LABUAN) INC.,            Case No. 4:13-cv-02893 (KAW)
   a Malaysian corporation,
12
                           Plaintiff,         **CONSENT TO PROCEED BEFORE**
13      v.                                    **MAGISTRATE JUDGE**

14 MOHAMMAD AKRAM CHOWDRY, an
   Individual; and HI-TECH VENTURE
15 PARTNERS, LLC, a Delaware Limited
   Liability Company,
16
                           Defendants.
17

1  CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

2       In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

6  Dated: November 21, 2013          Respectfully submitted,

7                                          COFFINO LAW GROUP, LLP

9                                          By: /s/ Jaime J. Santos
                                                 MICHAEL J. COFFINO (SBN 88109)
                                                 mcoffino@coffinolawgroup.com
                                                 JAIME SANTOS (SBN 276344)
                                                 Jsantos@coffinolawgroup.com
                                                 201 Spear Street, Suite 1100
                                                 San Francisco, CA 94105
                                                 Telephone: (415) 426-3530
                                                 Facsimile: (415) 426-3531

*Attorneys for Plaintiff*
*Perdana Capital (Labuan), Inc.*